No. 465. MOBILE SHIPBUILDING COMPANY *v.* FEDERAL BRIDGE & STRUCTURAL COMPANY. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Solicitor General Beck, Mr. Elmer Schlesinger, Mr. Chauncey G. Parker* and *Mr. Henry M. Ward* for petitioner. *Mr. Amos C. Miller* and *Mr. William E. Black* for respondent.

---

No. 466. RANGER REFINING & PIPE LINE COMPANY ET AL. *v.* J. E. DRYDEN ET AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard Titche* and *Mr. Francis C. Downey* for petitioners. *Mr. Joseph Manson McCormick* and *Mr. Francis M. Etheridge* for respondents.

---

No. 470. JESS SHIPLEY ET AL. *v.* UNITED STATES. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Waters Davis* for petitioners. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. George E. Boren* for the United States.

---

No. 475. VICTOR TALKING MACHINE COMPANY *v.* STARR PIANO COMPANY. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Houston Kenyon* and *Mr. John D. Myers* for petitioner. *Mr. Parker W. Page* and *Mr. Drury W. Cooper* for respondent.

---

No. 479. ALABAMA & VICKSBURG RAILWAY COMPANY ET AL. *v.* LOUIS F. DENNIS. Error to the Supreme Court of the State of Mississippi. October 16, 1922. Petition